# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 24, 2022

Lyle W. Cayce
Clerk

No. 21-50675
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Castaneda-Acevedo,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-50-1

Before Southwick, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

Jose Castaneda-Acevedo appeals his sentence of 16 months in prison and three years of supervised release imposed after he pled guilty to illegal reentry. His sole claim challenges a condition of supervised release providing that if his probation officer determines that he poses a risk to another person,

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50675

the officer may require him to notify that person of the risk. Castaneda-Acevedo argues that the district court erred in imposing this condition because it constitutes an impermissible delegation of judicial authority.

The sole issue in this appeal is now foreclosed We recently rejected the same argument and held that the district court did not err, plainly or otherwise, by imposing the same risk-notification condition. *United States v. Mejia-Banegas*, 32 F.4th 450, 452 (5th Cir. 2022).

AFFIRM.